**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| THE ESTATE OF CYNTHIA TISDALE, DECEASED, BY AND THROUGH EXECUTRIX AUTUMN TISDALE, AND ON BEHALF OF ALL PERSONS ENTITLED TO RECOVER FOR HER DEATH UNDER THE TEXAS WRONGFUL DEATH ACT, THE ESTATE OF WILLIAM REGIE TISDALE, SR. BY AND THROUGH WILLIAM R. TISDALE, JR., AND WILLIAM R. TISDALE, JR., INDIVIDUALLY, AND AUTUMN TISDALE, INDIVIDUALLY, *Plaintiffs,* | § | CIVIL ACTION NO.: |
| AND | § | [REMOVED FROM CIVIL ACTION NO. PR-0078972 - A IN THE PROBATE COURT OF GALVESTON COUNTY, TEXAS] |
| AUTUMN TISDALE, *Plaintiff-Intervenor,* | § | |
| vs. | § | |
| DIMITRIOS PAGOURTZIS, ANTONIOS PAGOURTZIS, ROSE MARIE KOSMETATOS, LUCKY GUNNER, LLC D/B/A LUCKYGUNNER.COM, RED STAG FUFILLMENT, LLC, MOLLENHOUR GROSS, LLC, JORDNAN, MOLLENHOUR, AND DUSTIN GROSS, *Defendants.* | § | |

**EXHIBIT C – DOCKET SHEET IN STATE COURT MATTER**

EXHIBIT C TO NOTICE OF REMOVAL

## Case Information

PR-0078972-A | William Recie Tisdale, Sr. Individually And As Statutory Beneficiary of Cynthia Tisdale, Deceased, And On Behalf Of All Persons Entitled To Recover For Her Death Under The Texas Wrongful Death Act, And William R. Tisdale, Jr. Plaintiff(s), vs. Dimitrios Pagourtzis, Antonios Pagourtzis And Rose Marie Kosmetatos, Defendant(s)

Case Number
PR-0078972-A

Court
Probate Court

Judicial Officer
Sullivan, Kimberly

File Date
08/15/2018

Case Type
Ancillary - Other

Case Status
Filed/Open

## Party

Plaintiff
Tisdale, Sr., William Recie

Address
Galveston County, Texas

Active Attorneys
Lead Attorney
Tylka, Lawrence M
Retained

Plaintiff
Tisdale, Jr., William R.

Address
Galveston County, Texas

Active Attorneys
Lead Attorney
Tylka, Lawrence M
Retained

Defendant
Pagourtzis, Dimitrios

Address
1130 CR 136A
Alvin TX 77511

Active Attorneys
Pro Se

Defendant
Pagourtzis, Antonios

Address
1130 CR 136A
Alvin TX 77511

Active Attorneys
Lead Attorney
Rodgers, Ron J.
Retained

Defendant
Kosmetatos, Rose Marie

Address
1130 CR 136A
Alvin TX 77511

Active Attorneys
Lead Attorney
Rodgers, Ron J.
Retained

## Events and Hearings

08/15/2018 Original Petition (OCA)

Plaintiffs Original Petition, Request for Disclousures, and Rule 193.7 Notice

08/15/2018 Request for Service

Request for Service/Dimitrios Pagourtzis

Comment
Dimitrios Pagourtzis

08/15/2018 Request for Service

Request for Service/Antonios Pagourtzis

Comment
Antonios Pagourtzis

08/15/2018 Request for Service

Request for Service/Rose Marie Kosmetatos

Comment
Rose Marie Kosmetatos

08/16/2018 Personal - Service

Anticipated Server
Private Process Server

Anticipated Method
Email
Actual Server
Private Process Server

Returned
08/22/2018
Comment
E-Mailed to Crystal@tylkalawcenter.com

08/16/2018 Personal - Service

Anticipated Server
Private Process Server

Anticipated Method
Email
Comment
E-Mailed to Crystal@tylkalawcenter.com

08/16/2018 Personal - Service

Anticipated Server
Private Process Server

Anticipated Method
Email
Actual Server
Private Process Server

Returned
08/20/2018
Comment
E-Mailed to Crystal@tylkalawcenter.com

08/30/2018 Motion

Motion

Comment
for Rule 106

09/07/2018 Order Granting Substitute Service

Order for Rule 106

09/10/2018 Original Answer

Answer

Comment
General Denial , special Exceptions to plaintiff's Original Petition, Request for Disclosures, and Rule 193.7 Notice

09/10/2018 Notice Of Hearing

Notice of Submission Hearing

Comment
Submission of

09/11/2018 Motion

Motion for Interlocutory

Comment
For Default Judgment

09/11/2018 Proposed Order

Proposed Order Interlocutory Default

Comment
Approving Judgement

09/11/2018 Notice Of Hearing

Notice of Hearing

09/24/2018 Plea In Abatement

Comment
Request for Hearing, Invoking Fifth Amendment Rights, General Denial, Affirmative Defense and Special Exception

09/24/2018 Proposed Order

Comment
Agreed Order Granting Plea in Abatement

09/24/2018 Proposed Order

Comment
Granting Plea in Abatement

09/24/2018 Proposed Order

Comment
Granting Hearing

03/27/2019 Certificate of Written Discovery

Certificate Of Deposition

06/28/2019 Request for Copies

Request for Copies

Comment
*Mailed copies 6/28/2019

03/09/2020 Amended Petition

Amended Petition First

Comment
First Amended Original Petition, Autumn Tisdale Original Petition in Intervention and Original Petitione in Intervention of Autumn Tisdale, Request for Disclosures, and Rule 93.7 Notice

03/09/2020 Request for Service

Request For Service

03/09/2020 Request for Service

Request For Service

03/09/2020 Request for Service

Request For Service

03/09/2020 Request for Service

Request For Service

03/09/2020 Request for Service

Request For Service

03/09/2020 Suggestion Of Death

Suggestion Of Death

03/10/2020 Personal - Service

03/10/2020 Personal - Service

03/10/2020 Personal - Service

03/10/2020 Personal - Service

03/10/2020 Personal - Service

## Financial

Tisdale, Sr., William Recie

| | |
|---|---|
| Total Financial Assessment | $406.00 |
| Total Payments and Credits | $406.00 |

| | | | | |
|---|---|---|---|---|
| 8/15/2018 | Transaction Assessment | | | $221.00 |
| 8/15/2018 | Payment | Receipt # 2018-13696-CC | Tisdale, Sr., William Recie | ($221.00) |
| 8/20/2018 | Transaction Assessment | | | $2.00 |
| 8/20/2018 | Payment | Receipt # 2018-13982-CC | Tisdale, Sr., William Recie | ($2.00) |
| 8/22/2018 | Transaction Assessment | | | $2.00 |
| 8/22/2018 | Payment | Receipt # 2018-14181-CC | Tisdale, Sr., William Recie | ($2.00) |
| 8/30/2018 | Transaction Assessment | | | $2.00 |
| 8/30/2018 | Payment | Receipt # 2018-14742-CC | Tisdale, Sr., William Recie | ($2.00) |
| 9/10/2018 | Transaction Assessment | | | $2.00 |
| 9/10/2018 | Payment | Receipt # 2018-15327-CC | Tisdale, Sr., William Recie | ($2.00) |
| 9/11/2018 | Transaction Assessment | | | $2.00 |
| 9/11/2018 | Payment | Receipt # 2018-15382-CC | Tisdale, Sr., William Recie | ($2.00) |
| 3/9/2020 | Transaction Assessment | | | $175.00 |

EXHIBIT C TO NOTICE OF REMOVAL

| | | | | |
|---|---|---|---|---|
| 3/9/2020 | Payment | Receipt # 2020-2113-CC | Tisdale, Sr., William Recie | ($175.00) |

Tisdale, Jr., William R.

| | |
|---|---|
| Total Financial Assessment | $2.00 |
| Total Payments and Credits | $2.00 |

| | | | | |
|---|---|---|---|---|
| 3/27/2019 | Transaction Assessment | | | $2.00 |
| 3/27/2019 | Payment | Receipt # 2019-6580-CC | Tisdale, Jr., William R. | ($2.00) |

Pagourtzis, Antonios

| | |
|---|---|
| Total Financial Assessment | $2.00 |
| Total Payments and Credits | $2.00 |

| | | | | |
|---|---|---|---|---|
| 9/10/2018 | Transaction Assessment | | | $2.00 |
| 9/10/2018 | Payment | Receipt # 2018-15250-CC | Pagourtzis, Antonios | ($2.00) |

## Documents

Plaintiffs Original Petition, Request for Disclousures, and Rule 193.7 Notice

Request for Service/Dimitrios Pagourtzis

Request for Service/Antonios Pagourtzis

Request for Service/Rose Marie Kosmetatos

Pagourtzis, Antonios - Personal - Service

Pagourtzis, Dimitrios - Personal - Service

Kosmetatos, Rose Marie - Personal - Service

Motion

Order for Rule 106

Answer

Notice of Submission Hearing

Motion for Interlocutory

Proposed Order Interlocutory Default

Notice of Hearing

Certificate Of Deposition

EXHIBIT C TO NOTICE OF REMOVAL

Request for Copies

Amended Petition First

Request For Service

Request For Service

Request For Service

Request For Service

Request For Service

Suggestion Of Death

Mollenhour Gross, LLC - Personal - Service

Lucky Gunner, LLC - Personal - Service

Mollenhour, Jordan - Personal - Service

Gross, Dustin - Personal - Service

Red Stage Fulfillment, LLC - Personal - Service