**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| THE ESTATE OF CYNTHIA TISDALE, DECEASED, BY AND THROUGH EXECUTRIX AUTUMN TISDALE, AND ON BEHALF OF ALL PERSONS ENTITLED TO RECOVER FOR HER DEATH UNDER THE TEXAS WRONGFUL DEATH ACT, THE ESTATE OF WILLIAM REGIE TISDALE, SR. BY AND THROUGH WILLIAM R. TISDALE, JR., AND WILLIAM R. TISDALE, JR., INDIVIDUALLY, AND AUTUMN TISDALE, INDIVIDUALLY, <br> *Plaintiffs,* <br><br> AND <br><br> AUTUMN TISDALE, <br> *Plaintiff-Intervenor,* <br><br> vs. <br><br> DIMITRIOS PAGOURTZIS, ANTONIOS PAGOURTZIS, ROSE MARIE KOSMETATOS, LUCKY GUNNER, LLC D/B/A LUCKYGUNNER.COM, RED STAG FUFILLMENT, LLC, MOLLENHOUR GROSS, LLC, JORDNAN, MOLLENHOUR, AND DUSTIN GROSS, <br> *Defendants.* | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.: <br><br> [REMOVED FROM CIVIL ACTION NO. PR-0078972 - A IN THE PROBATE COURT OF GALVESTON COUNTY, TEXAS] |

### EXHIBIT D – CORRECTED INDEX OF PARTIES AND COUNSEL

| Party Represented | Plaintiff/Plaintiff-Intervenor/Defendant | Counsel and Contact Information |
|---|---|---|
| THE ESTATE OF CYNTHIA TISDALE, | Plaintiff | Lawrence M. Tylka <br> Tyler J. Tylka <br> TYLKA LAW CENTER, P.C. |

| | | |
|---|---|---|
| DECEASED, BY AND THROUGH EXECUTRIX AUTUMN TISDALE, AND ON BEHALF OF ALL PERSONS ENTITLED TO RECOVER FOR HER DEATH UNDER THE TEXAS WRONGFUL DEATH ACT | | 1104 East Main<br>League City, Texas 77573<br>Tel: 281-557-1500<br>Fax: 281-557-1510<br>legal@tylkalawcenter.com |
| THE ESTATE OF WILLIAM REGIE TISDALE, SR. BY AND THROUGH WILLIAM R. TISDALE, JR., | Plaintiff | Lawrence M. Tylka<br>Tyler J. Tylka<br>TYLKA LAW CENTER, P.C.<br>1104 East Main<br>League City, Texas 77573<br>Tel: 281-557-1500<br>Fax: 281-557-1510<br>legal@tylkalawcenter.com |
| AUTUMN TISDALE | Plaintiff-Intervenor | Lawrence M. Tylka<br>Tyler J. Tylka<br>TYLKA LAW CENTER, P.C.<br>1104 East Main<br>League City, Texas 77573<br>Tel: 281-557-1500<br>Fax: 281-557-1510<br>legal@tylkalawcenter.com |
| WILLIAM R. TISDALE, JR., | Plaintiff | Lawrence M. Tylka<br>Tyler J. Tylka<br>TYLKA LAW CENTER, P.C.<br>1104 East Main<br>League City, Texas 77573<br>Tel: 281-557-1500<br>Fax: 281-557-1510<br>legal@tylkalawcenter.com |
| Antonios Pagourtzis<br>Rose Marie Kosmetatos | Defendants | Ron J. Rodgers<br>RODGERS LAW GROUP, PLLC<br>One Harbour Square<br>3027 Marina Bay Drive, Suite 310<br>League City, Texas 77573<br>Tel: 281-884-3891<br>Fax: 281-884-3992<br>ron@rodgerslawgroup.com |

|  |  | Kristie Widner Tobin<br>HOLMAN FENWICK WILLAN (HFW)<br>5151 San Felipe, Suite 400<br>Houston, Texas 77056<br>Tel: (713) 980-8952<br>kristie.tobin@hfw.com |
|---|---|---|
| Dimitrios Pagourtzis | Defendant (has not appeared) | 1130 CR 136A<br>ALVIN TX 77511<br><br>By copy to his criminal lawyers:<br><br>Robert J. Barfield<br>609 Bradford Ave. Ste 207<br>Kemah, TX 77565<br><br>MR. NICHOLAS RYAN 'NICK' POEHL<br>The Poehl Law Firm, PLLC<br>609 Bradford Ave Ste 207<br>Kemah, TX 77565-3087 |
| Lucky Gunner, LLC<br>Red Stag Fulfillment, LLC<br>Mollenhour Gross, LLC<br>Jordan Mollenhour<br>Dustin Gross | Defendants | A.M. "Andy" Landry III<br>GRAY REED & MCGRAW LLP<br>1300 Post Oak Blvd., Suite 2000<br>Houston, Texas 77056<br>Telephone (713) 986-7000<br>Facsimile (713) 986-7100<br>Email: alandry@grayreed.com<br><br>Andrew A. Lothson<br>SWANSON, MARTIN & BELL, LLP<br>330 North Wabash, Suite 3300<br>Chicago, Illinois 60611<br>Office: (312) 321-9100<br>Direct: (312) 923-8274<br>Fax: (312) 321-0990<br>Email: alothson@smbtrials.com |